<u>NOT FOR PUBLICATION</u>                                    (Document Nos. 36, 38)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| _____ : | | |
| HAROLD LEONARD, : | | |
| : | Civil No. 10-6625 (RBK/JS) | |
| Plaintiff, : | | |
| : | | |
| v. : | **ORDER** | |
| : | | |
| : | | |
| U.S. DEPARTMENT OF THE : | | |
| TREASURY, INTERNAL REVENUE : | | |
| SERVICE : | | |
| : | | |
| Defendant. : | | |
| _____ : | | |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court on the parties' cross motions for summary judgment (Doc. Nos. 36, 38), and the Court having considered the moving papers, and the responses thereto; and for the reasons expressed in the Opinion issued this date,

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**.  **IT IS HEREBY FURTHER ORDERED** that Plaintiff's motion is **DENIED**.


Dated:   8/26/2013                              /s/ Robert B. Kugler
                                          ROBERT B. KUGLER
                                          United States District Judge

1