IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HAROLD LEONARD, | |
| Plaintiff, | Civil No. 10-6625 (RBK/JS) |
| v. | **ORDER** |
| U.S. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE | |
| Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court on the parties' cross motions for summary judgment (Doc. Nos. 36, 38), and the Court having considered the moving papers, and the responses thereto; and for the reasons expressed in the Opinion issued this date,

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**. **IT IS HEREBY FURTHER ORDERED** that Plaintiff's motion is **DENIED**.


Dated:  8/26/2013                             /s/ Robert B. Kugler
                                              ROBERT B. KUGLER
                                              United States District Judge